UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY FLEMING,

        Plaintiff,

v.                    Case No.: 8:14-cv-02196-JSM-TBM

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Defendant, Diversified Consultants, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                Respectfully submitted,

                /s/ Abigail S. Pressler
                Abigail S. Pressler, Esq.
                Florida Bar No. 0098072
                Dayle M. Van Hoose, Esq.
                Florida Bar No. 0016277
                Rachel A. Morris, Esq.
                Florida Bar No. 0091498
                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                3350 Buschwood Park Drive, Suite 195
                Tampa, FL 33618
                Telephone:   (813) 890-2465
                Facsimile:    (866) 466-3140
                apressler@sessions-law.biz

dvanhoose@sessions-law.biz  
rmorris@sessions-law.biz

Attorneys for Defendant,  
Diversified Consultants, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 5th day of December 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

W. John Gadd, Esq.  
Bank of America Building  
2727 Ulmerton Road-Suite 250  
Clearwater, FL 33762

/s/ Abigail S. Pressler  
Attorney